# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

RANDOLPH SEWELL, DAPHNE SEWELL,
MOSES ESHKENAZI, THERESE ESHKENAZI,
and HENRIETTE ESHKENAZI, individually and
on behalf of all others similarly situated,

        Plaintiffs,

-vs-                                     Case No. 2:07-cv-343-FtM-29SPC

D'ALESSANDRO & WOODYARD, INC., a
Florida for profit corporation; GATES,
D'ALESSANDRO & WOODYARD, LLC, a
Florida limited liability company; K.
HOVNANIAN FIRST HOMES, LLC, a Florida
limited liability company; FIRST HOME
BUILDERS OF FLORIDA, a Florida general
partnership; FIRST HOME BUILDERS OF
FLORIDA I, LLC, a Florida limited liability
company; JAN BAILLARGEON, as Personal
Representative of the Estate of Frank D'Alessandro,
deceased; SAMIR CABRERA, an individual;
HONORA KREITNER, an individual; BRUCE A.
ROBB, an individual; and PATRICK LOGUE, an
individual,

        Defendants.
_____/

## <u>ORDER</u>

This matter comes before the Court on Counsel Attorney S. Douglas Knox, Esq's Motion
to be Removed From Electronic Service List (Doc. #351 ) filed on April 8, 2010. On April 6. 2010,
the Defendant Bruce A. Robb filed a Notice with the Court of the withdrawal of Counsel, Atty. S.
Douglas Knox.  As grounds, the Defendant explained that Atty. Knox was leaving the law firm of
DLA Piper, LLP and would no longer be representing his interest in the case.  Thus, good cause
exists to remove Atty. Knox from the electronic service notification list.

Accordingly, it is now

**ORDERED:**

The Defense Counsel, Attorney S. Douglas Knox, Esq's Motion to be Removed From Electronic Service List (Doc. #351) is **GRANTED**. The Clerk is directed to remove Atty. Knox from CM/ECF electronic notification.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record